CSD 1176 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Ahren A Tiller, Esq. (SBN 250608)
Bankruptcy Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, CA 92101
Phone: (619) 894-8831
Fax: (866) 444-7026

Order Entered on
June 3, 2013
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Rudolph Bernard Shaffer, Jr.

BANKRUPTCY NO. 12-16507-MM7

Debtor.

# ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket Entry No. __20__, it is ordered that:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED: May 31, 2013

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Bankruptcy Law Center, APC
(Firm name)

By: /s/ Ahren A. Tiller
    Attorney for Movant

CSD 1176

```
                          United States Bankruptcy Court
                          Southern District of California
In re:                                                       Case No. 12-16507-MM
   Rudolph Bernard Shaffer, Jr.                              Chapter 13
             Debtor
                              CERTIFICATE OF NOTICE
District/off: 0974-3          User: llewis              Page 1 of 2         Date Rcvd: Jun 03, 2013
                              Form ID: pdf01            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db           +Rudolph Bernard Shaffer, Jr.,    PO BOX 23361,    San Diego, CA 92193-3361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**                    Signature:    _Joseph Speetjens_

```
District/off: 0974-3          User: llewis              Page 2 of 2              Date Rcvd: Jun 03, 2013
                              Form ID: pdfO1            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:
          Ahren  Tiller    on behalf of Debtor Rudolph Bernard Shaffer, Jr. atiller@blc-sd.com,
           fabianaf@blc-sd.com;bbodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;msteiner@blc-sd.com
          Thomas H. Billingslea    Billingslea@thb.coxatwork.com
          Todd  Headden    on behalf of Trustee Thomas H. Billingslea legalmail@thb.coxatwork.com
          United States Trustee    ustp.region15@usdoj.gov

                                                                                                                            TOTAL: 4